# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KERRESHA ATKINSON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TRINITY HEALTH CORPORATION | Case No. 2:22-cv-11284<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Denise Page Hood<br><br>Mag. Judge Kimberly G. Altman |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Before the COURT is NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

A.     All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

B.     The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C.     The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the PARTIES and the COLLECTIVE MEMBERS, and that it should be and hereby is approved. Likewise, the determination of the individual payments as set forth in the AGREEMENT is approved as a fair, equitable, and reasonable allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT. Accordingly, the AGREEMENT which provides for a total settlement of $325,000 is hereby approved, and it shall be administered in accordance with its terms.

   E. The COURT finds the following payments identified in the AGREEMENT to be fair and reasonable and are approved:

    1. the ATTORNEY'S FEES PAYMENT of $108,333.33,

    2. the ADMINISTRATIVE COSTS of $17,994,

    3. the SERVICE AWARD of $2,500; and

    4. the ATTORNEY'S EXPENSES PAYMENT of $4,045.37.

   F. The Court finds the release identified in the AGREEMENT to be fair and reasonable and is approved.

   G. The Court finds the Notice and Claim Form to be fair and reasonable and they are approved.

   H. The deadline for the submission of timely and valid Claim Forms is 60 days from the date on which the SETTLEMENT ADMINISTRATOR first mails the NOTICE and CLAIM FORM to the COLLECTIVE MEMBERS.

   I. Following the BAR DATE, COLLECTIVE COUNSEL shall file the list of all members of the FINAL SETTLEMENT COLLECTIVE with the COURT and shall then file the STIPULATION OF DISMISSAL. At that time, the COURT will enter an order dismissing the CIVIL ACTION with prejudice.

   J. The AGREEMENT is APPROVED and this APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFF, all members of the FINAL SETTLEMENT COLLECTIVE, and DEFENDANT.

   **IT IS SO ORDERED.**

**Dated:** March 21, 2024      <u>s/Denise Page Hood</u>
                **Denise Page Hood**
                **United States District Judge**