# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KERRESHA ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY HEALTH CORPORATION,<br><br>Defendant. | **Case No. 2:22-cv-11284**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Denise Page Hood<br><br>Mag. Judge Kimberly G. Altman |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Kerresha Atkinson and Defendant Trinity Health Corporation, through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate to the dismissal of the above-captioned matter, with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
Matthew S. Parmet
TX Bar No. 24069719
PARMET PC
2 Greenway Plaza, Suite 250
Houston, TX 77046
phone   713 999 5200
matt@parmet.law

Michael N. Hanna
MI Bar No. P81462
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

*Attorneys for Plaintiff*

By: */s/ Robert W. Pritchard*
Robert W. Pritchard
PA I.D. No. 76979
Sean P. Dawson
PA I.D. No. 326085
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
rpritchard@littler.com
sdawson@littler.com

*Attorneys for Defendant*

Dated:  September 10,2024

2

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice without any costs or fees to any party.

Dated: September 12, 2024					s/Denise Page Hood
								United States District Judge